UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR05-353-TSZ |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| KOOK JIN KIM, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

False Statement; Visa Fraud; Identity Fraud

<u>Date of Detention Hearing</u>:    Initial Appearance September 27, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant has been indicted for eight counts of submitting false applications for either social security cards or visa documents under false identities.

(2)    Defendant was not interviewed by Pretrial Services. He is a native and citizen of Korea who is in the United States illegally. There is no additional information available regarding

his personal history, residence, family ties, ties to this District, income, financial assets, liabilities, physical/mental health or controlled substance use, if any. The defendant is alleged to have four complete sets of false identities which include Social Security numbers, immigration paperwork, Korean passports and Washington State drivers licenses.

      (3)     An immigration detainer has been filed.

      (4)     The defendant does not contest detention.

      (5)     The defendant poses a risk of nonappearance due to his status as a native and citizen of Korea who is in the United States illegally, the nature of the instant charges, association with four sets of false identities and alias names, unknown background and immigration detainer.

      (6)     There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

It is therefore ORDERED:

      (1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

      (2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

      (3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  27th  day of September, 2005.

_____
Mary Alice Theiler
United States Magistrate Judge